UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-22307-BLOOM/Otazo-Reyes

MARIA FERNANDA SOTO LEIGUE,
individually and on behalf of all others similarly
situated,

      Plaintiff,

v.

EVERGLADES COLLEGE, INC. d/b/a
KEISER UNIVERSITY,

      Defendant.

_____/

**DEFENDANT EVERGLADES COLLEGE, INC. D/B/A KEISER UNIVERSITY'S
NOTICE OF FILING STATE COURT DOCKET SHEET**

Defendant Everglades College, Inc. d/b/a Keiser University ("Defendant"), by and through

its undersigned counsel, and pursuant to the Court's Order on Post-Removal Procedures, and

Requiring Scheduling Report and Certificates of Interested Parties (ECF No. 3), hereby gives

notice of filing a copy of the docket sheet in the action filed in the Circuit Court of the Eleventh

Judicial Circuit in and for Miami-Dade County, Florida styled *Maria Fernanda Soto Leigue v.

Everglades College, Inc. d/b/a Keiser University*, Case No. 2022-008872-CA-01.


DATED: July 27, 2022      Respectfully submitted,

      By: */s/ Maria K. Vigilante*_____
         Maria K. Vigilante (Florida Bar No. 98822)
         Maria.Vigilante@blankrome.com
         **BLANK ROME LLP**
         Broward Financial Centre
         500 East Broward Boulevard, Suite 2100
         Fort Lauderdale, FL 33394
         Tel.:     954.512.1800
         Fax:     813.433.5564

Justin C. Sorel (Florida Bar No. 0016256)
Justin.Sorel@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Tel.:        561.383.9200
Fax:        561.683.8977

Attorneys for Defendant
EVERGLADES COLLEGE, INC.

129204488



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us     My Account     

---

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

| MARIA FERNANDA SOTO LEIGUE VS EVERGLADES COLLEGE INC | | | |
|---|---|---|---|
| **Local Case Number:** | 2022-008872-CA-01 | **Filing Date:** | 05/13/2022 |
| **State Case Number:** | 132022CA008872000001 | **Judicial Section:** | CA13 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Business Transactions |
| **Case Status:** | OPEN | | |

👥 **Parties**                                                      Total Of Parties: 3  ➕

🔧 **Hearing Details**                                              Total Of Hearings: 0  ➕

📡 **Dockets**                                                      Total Of Dockets: 11  ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 11 | 07/22/2022 | | Notice of Filing: | Event | **OF NOTICE OF REMOVAL** |
| 📄 | 10 | 07/08/2022 | | Order Extending Time for | Event | **GRANTED** |
| 📄 | 9 | 07/07/2022 | | Motion for Extension of Time | Event | |
| 📄 | 8 | 06/30/2022 | | Service Returned | Event | |
| | | 06/13/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 7 | 06/13/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 5.** Parties: EVERGLADES COLLEGE INC |
| | 6 | 06/08/2022 | | Receipt: | Event | **RECEIPT#:3190206 AMT PAID:$10.00 NAME:ANGELICA M GENTILE, ESQ 14 NE 1ST AVE STE# 705 MIAMI FL 33131 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:06/08/2022 REGISTER#:319 CASHIER:EFILINGUSER** |
| 📄 | 5 | 06/06/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 3 | 05/18/2022 | | Receipt: | Event | **RECEIPT#:3090025 AMT PAID:$401.00 NAME:HIRALDO, MANUEL SANTIAGO 500 E BROWARD BLVD STE 2100 FORT LAUDERDALE FL 33394-3029 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:05/18/2022 REGISTER#:309 CASHIER:EFILINGUSER** |
| 📄 | 2 | 05/13/2022 | | Complaint | Event | |
| 📄 | 1 | 05/13/2022 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



## HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155


©2022 Clerk of the Courts. All rights reserved.

