UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22307-BLOOM/Otazo-Reyes**

MARIA FERNANDA SOTO LEIGUE,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

EVERGLADES COLLEGE, INC.,
*doing business as* Keiser University,

    Defendant.
_____/

## ORDER ON EXPEDITED JOINT MOTION TO REMAND

**THIS CAUSE** is before the Court upon Plaintiff and Defendant's Expedited Joint Motion to Remand, ECF No. [74], filed on March 1, 2023. Plaintiff filed a Motion to Sever and Remand (ECF No. [67]) Count I of Plaintiff's First Amended Complaint, ECF No. [13], conceding the absence of an injury-in-fact. Defendant responded that if Count I were remanded based upon the absence of an injury-in-fact, Count II of the First Amended Complaint should also be remanded because it is based on the same purported harm as Count I, and Count II likewise lacks an injury-in-fact. ECF No. [73]. The parties agree that the entire case should be remanded to the state court.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [74]**, is **GRANTED**. This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Plaintiff's Motion to Sever and Remand**, ECF No. [67]**, and Plaintiff's Motion to Certify Class, **ECF No. [70]**, are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-22307-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 2, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record